ROBERT L. POLLAK
GLASSBERG, POLLAK & ASSOCIATES
1000 4th Street, Suite 570
San Rafael, CA. 94901-3118
Telephone: 415-291-8320, ext. 209
Facsimile: 415-291-8111
Email: gpa@glassberg-pollak.com

Attorneys for Aerotek, Inc.

**F I L E D**

JUN 1 5 2015

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| CEP REORGANIZATION, INC., | Case No. 14-44191-CN-11 |
| CEP REORGANIZATION, LLC, | Case No. 14-44192-CN-11 |
| CEP SERVICE REORGANIZATION, LLC, | Case No. 14-44193-CN-11 |
| Debtor(s). | Cases Jointly Administered Under Chapter 11 |
| | (~~Proposed~~) CN<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Mark Moedritzer, an active member in good standing of the bar of Missouri, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Aerotek, Inc.,

IT IS HEREBY ORDERED that application is granted, subject to the terms and conditions of B.L.R. 1001-2(a)(29) and Civil L.R. 11-3. All papers filed by the attorney shall indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: 6/15/15

U.S. BANKRUPTCY JUDGE NOVAK
HONORABLE CHARLES ~~NOVAK~~

6996603 v1